UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

NICHOLAS THOMPSON,

       Plaintiff,

       v.                                    Case No. 15-C-1279

CAROLYN W. COLVIN
Acting Commissioner of
Social Security Administration,

       Defendant.

---

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS [3]

Plaintiff, Nicholas John Thompson, who is proceeding pro se, has lodged a complaint against the Commissioner of the Social Security Administration. Plaintiff seeks review of the Commissioner's final decision denying him Supplemental Security Income and disability insurance benefits. Before the court is his petition for leave to proceed in forma pauperis.

A district court may authorize a plaintiff to proceed in forma pauperis, meaning that the plaintiff does not have to prepay the $400 filing fee to commence the lawsuit, if the person submits an affidavit setting forth the assets the person possesses, indicating that the person is unable to pay the fees, and stating the person's belief that he is entitled to redress. 28 U.S.C. § 1915(a).

Plaintiff has filed such an affidavit. He states that he received no income over the last twelve months and has no assets of value other than a 1986 vehicle and $326 in a retirement account. Plaintiff swears that he has no bank accounts and has no monthly

expenses because he lives with his mother. Based on plaintiffs's affidavit, the court is satisfied that he meets the requirements for proceeding in forma pauperis in this case.

Therefore,

IT IS ORDERED that plaintiff's petition for leave to proceed in forma pauperis is granted.

Dated at Milwaukee, Wisconsin, this 9th day of November, 2015.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
U. S. DISTRICT JUDGE